In the Matter of the Claim of LAWRENCE W. BASCIANO, Appellant; COMMISSIONER OF LABOR, Respondent. [975 NYS2d 928]—

Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 21, 2012, which ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Claimant, a credit manager, notified the employer that he was overwhelmed and was going to look for other work. He further agreed to leave when his replacement was hired, even if he had not yet secured a new job. Claimant's replacement began working approximately two weeks later, marking the end of his employment. Inasmuch as claimant agreed to leave his position even if he lacked a definite plan for future employment, substantial evidence supports the determination of the Unemployment Insurance Appeal Board disqualifying him from receiving unemployment insurance benefits (see Matter of Solano [Commissioner of Labor], 50 AD3d 1425, 1426 [2008]; Matter of Kennedy [Commissioner of Labor], 294 AD2d 700, 700 [2002]).

Lahtinen, J.P., Stein, McCarthy and Spain, JJ., concur. Ordered that the decision is affirmed, without costs.